# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JONATHAN RAUL**                                                                                      **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 2:16-CV-194-KS-MTP**

**GREGORY H. MITCHELL,** *et al.*                                          **DEFENDANTS**

### ORDER

On November 28, 2016, Plaintiff filed a Motion for Preliminary Injunction [5]. Plaintiff filed his Complaint [1] on November 9, 2016. Therein, Plaintiff appears to seek preliminary injunctive relief against all Defendants. However, summons have only been issued as to one Defendant [2], and the docket does not demonstrate that any of the Defendants have been served. Therefore, the Court will not take any action on Plaintiff's Motion for Preliminary Injunction [5] until, at a minimum, process has been served on all Defendants and counsel appears on their behalf. At that point, the Court may enter a briefing schedule, notice a hearing, or take whatever other action it deems necessary for the disposition of the motion.

SO ORDERED AND ADJUDGED, on this, the 28th day of November, 2016.

                                                  *s/Keith Starrett*
                                                  UNITED STATES DISTRICT JUDGE