## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JONATHAN RAUL**                                                          **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 2:16-CV-194-KS-MTP**

**GREGORY H. MITCHELL,** *et al.*                              **DEFENDANTS**

<u>**ORDER**</u>

Pursuant to the parties' Joint Stipulation [20] of dismissal with prejudice of Plaintiff's claims in this matter, this case is now **closed**.

SO ORDERED AND ADJUDGED, on this, the __18th__ day of January, 2017.

s/Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE