### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | |
|---|---|
| JONATHAN RAUL, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:16cv194-KS-MTP<br>)<br>) |
| v. | )<br>) |
| GREGORY H. MITCHELL, TED E. PARKER, J. DOUGLAS SEIDENBURG, CHARLES R. LIGHTSEY, ANDREW D. STETELMAN, DAVID W. BOMBOY, E. RICKY GIBSON, FRED A. MCMURRY, RAY COLE, JR., THE FIRST BANCSHARES, INC., A. WILBERT'S SONS LUMBER AND SHINGLE CO., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

This matter comes before the Court on the Stipulation Concerning Plaintiff's Voluntary Dismissal of the Above Action With Prejudice and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses. Pursuant to the stipulation, it is:

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted herein, is dismissed with prejudice; and

**ORDERED** that if the Parties are unable to reach an agreement on an amount of reasonable attorneys' fees and expenses, the Parties will negotiate and file a proposed scheduling stipulation setting forth a briefing schedule for Plaintiff's Counsel's application for an award of attorneys' fees and expenses.

Dated: January ___19th___, 2017

BY THE COURT:

1

2

    s/Keith Starrett_____
Honorable Keith Starrett
District Court Judge